1210

No. 95–1555. CONNOR v. FLYNN. Sup. Ct. N. J. Certiorari denied.

No. 95–1561. KOBAYASHI v. NAKAMURA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–1565. CARSON v. WATERFRONT COMMISSION OF NEW YORK HARBOR. C. A. 3d Cir. Certiorari denied.

No. 95–1578. KELLY v. PENSON. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 95–1584. CSX TRANSPORTATION, INC. v. CASTRO. Ct. Sp. App. Md. Certiorari denied.

No. 95–1587. MORETTI v. CITY OF HACKENSACK. Super. Ct. N. J., App. Div. Certiorari denied.

No. 95–1589. HALL ET UX. v. INDIANA DEPARTMENT OF REVENUE ET AL. Sup. Ct. Ind. Certiorari denied.

No. 95–1607. WILLIS v. GEORGIA DEPARTMENT OF PUBLIC SAFETY ET AL. Ct. App. Ga. Certiorari denied.

No. 95–1616. EAMES ET UX. v. SMALL BUSINESS ADMINISTRATION. C. A. 5th Cir. Certiorari denied.

No. 95–1629. CLEMENT v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 95–1657. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–1658. BARTLEY v. THOMPSON, GOVERNOR OF WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 95–1664. HELLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–1678. SCHUTTERLE v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.